IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RACHEL SANTEL, on behalf of JDS, a minor, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER of SOCIAL SECURITY, <br><br> Defendant. | Civil No. 20-cv-176-MAB |

## MEMORANDUM and ORDER

**BEATTY, Magistrate Judge:**

This matter is before the Court on Plaintiff's Motion for Appointment of Next Friend. (Doc. 3).[1] Plaintiff JDS, a minor, is represented by her biological mother, Rachel Santel.

A minor who is without a duly appointed representative may sue by next friend. Fed. R. Civ. P. 17(c)(2).

Plaintiff's Motion for Appointment of Next Friend (**Doc. 3**) is **GRANTED**. Rachel Santel is appointed next friend of Plaintiff JDS for the purpose of prosecuting this action.

**IT IS SO ORDERED.**

**DATED: April 29, 2020**

/s/ Mark A. Beatty
MARK A. BEATTY
United States Magistrate Judge

---

[1] The motion was incorrectly docketed as a Motion to Seal.

Page **1** of **1**